# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TAURIUS MARQUIES HOLMES

NO. 2025 KW 0657

**OCTOBER 23, 2025**

---

In Re:    Taurius Marquies Holmes, applying for supervisory writs,
          22nd Judicial District Court, Parish of Washington, No.
          05-CR3-92375.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

    **WRIT GRANTED.** The district court is ordered to proceed toward disposition of relator's "Motion to Compel Production of Public Records Pursuant to Louisiana Public Records Act, LRS. 44:1 Et Seq.," filed March 27, 2025, on or before December 5, 2025. A copy of the district court's action shall be filed in this court on or before December 12, 2025.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
      FOR THE COURT